## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sanders, Alice R

Printed:  6/24/08

Case Number:  07 B 19480
Judge:  Wedoff, Eugene R
Filed:  10/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  May 8, 2008
Confirmed: February 7, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,635.00 |  |
| Secured: |  | 400.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,082.02 |
| Trustee Fee: |  | 152.98 |
| Other Funds: |  | 0.00 |
| Totals: | 2,635.00 | 2,635.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 3,000.00 | 2,082.02 |
| 2. | Deutsche Bank National Trustee | Secured | 0.00 | 0.00 |
| 3. | Harlem Furniture | Secured | 1,211.87 | 400.00 |
| 4. | Deutsche Bank National Trustee | Secured | 34,206.43 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 960.77 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 6,714.78 | 0.00 |
| 7. | Capital One | Unsecured | 759.81 | 0.00 |
| 8. | Capital One | Unsecured | 347.65 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 2,672.12 | 0.00 |
| 10. | First American Bank | Unsecured | 3,902.09 | 0.00 |
| 11. | Harlem Furniture | Unsecured |  | No Claim Filed |
| | | | $ 53,775.52 | $ 2,482.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 89.74 |
| 6.5% | 63.24 |
| | $ 152.98 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sanders, Alice R

Printed:  6/24/08

Case Number:  07 B 19480

Judge:  Wedoff, Eugene R

Filed:  10/20/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

